ACCEPTED
12-14-00201-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/4/2015 4:28:09 PM
CATHY LUSK
CLERK

# PHILIP C. FLETCHER
## ATTORNEY AT LAW
800 NORTH MALLARD
PALESTINE, TEXAS 75801
TELEPHONE (903) 731-4440
FACSIMILE (903) 731-4474

August 4, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/4/2015 4:28:09 PM

CATHY S. LUSK
Clerk

Mrs. Cathy Lusk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas  75702

Re:    Cedrick Lewis v. The State of Texas, Appeal No. 12-14-00201-CR

Dear Mrs. Lusk:

In accordance with Rule 48.4, I certify that on August 4, 2015, I sent a copy of this Court's Opinion to Cedrick Lewis at his last known address.  That letter also advised Cedrick Lewis of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68.  The letter and opinion were mailed using certified mail, return receipt requested.

If you have any questions, please feel free to contact me.

Sincerely,


Philip C. Fletcher

PCF:jsh
Enclosure

# PHILIP C. FLETCHER

ATTORNEY AT LAW
800 NORTH MALLARD
PALESTINE, TEXAS 75801
TELEPHONE (903) 731-4440
FACSIMILE (903) 731-4474

August 4, 2015

**CMRRR NO. 7002 2410 0004 1477 6786**
Mr. Cedrick Lewis
TDCJ No. 1938672
Allred Unit
2101 FM 369 N
Iowa Park, Texas 76367

Re:          Cedrick Lewis  v. The State of Texas
Appeal Number:   12-14-00201-CR
Trial Number:     31189

Dear. Mr. Lewis:

I received the opinion from the Twelfth Court of Appeals. Enclosed is a copy of that opinion from that court. The Court of Appeals ruled against you in that they found that the court did not exert undue influence on the holdout juror in making the statement it did.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the Twelfth Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Twelfth Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the opinion was July 22, 2015, so a PDR would be due to be filed with the Twelfth Court of Appeals no later than thirty (30) days from this date. The Twelfth Court of Appeals would forward any PDR to the Court of Criminal Appeals. The address to the Twelfth Court of Appeals is 1517 West Front Street, Suite 354, Tyler, Texas 75702. I do not feel that grounds exist justifying the filing of a PDR in your case, because of the reasons we have discussed, and while I disagree with the Court's ruling, they considered the evidence in a thorough manner in reaching their decision. Should you feel otherwise, it would be up to you to draft and file the PDR in a timely manner.

If you have any questions, please do not hesitate to contact my office.

Sincerely,

Philip C. Fletcher

PCF:jsh
Enclosure